An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

DUANE E. WHITMORE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63194

**FILED**

JUN 07 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK



### *ORDER DISMISSING APPEAL*

This is a proper person appeal from an order denying a motion to modify. Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

The notice of appeal was untimely filed. NRAP 4(b); *Edwards v. State*, 112 Nev. 704, 918 P.2d 321 (1996). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

13-16078

cc: Hon. Jennifer P. Togliatti, District Judge
Duane E. Whitmore
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk